UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61010-CIV-COHN/SELTZER

ANTHONY HENDERSON,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## ORDER GRANTING PETITION FOR ATTORNEY'S FEES

**THIS CAUSE** is before the Court upon Plaintiff's Application for Attorney''s Fees [DE 15] and Defendant's Response thereto [DE 16].  The Court has carefully considered the motion and is otherwise fully advised in the premises.

Plaintiff seeks $4,054.33 in attorney's fees pursuant to the Equal Access to Justice Act after a remand of his claim for social security benefits to the Commissioner of Social Security.  Defendant does not oppose the amount of fees but asserts that the fees be made payable to Plaintiff, not Plaintiff's counsel, as requested by Plaintiff.  Plaintiff has included an assignment of any fee award from Plaintiff to counsel.  The Court is aware of Reeves v. Astrue, 526 F.3d 732 (11th Cir. 2008), which states that the general rule is that EAJA fees are paid to the prevailing party, not to counsel.[1]  Reeves did not address the situation where an assignment is in the record.

---

[1] The Court is also aware that the United States Supreme Court will hear oral argument on February 22, 2010 in Astrue v. Ratliff, U.S. Supreme Court Docket No. 08-1322, on a grant of certiorari of an Eighth Circuit decision that disagreed with the Eleventh Circuit decision in Reeves.

The Court concludes that because of the assignment of attorney fees from Plaintiff to his counsel, the Court will enter judgment for fees to be paid directly to counsel. Assignment of EAJA Fees, at p. 9 of 11 [DE 15].  However, the Court does not decide whether the assignment prevents the United States Department of Treasury from applying the EAJA payment to offset a debt owed by Plaintiff in accordance with 31 C.F.R. § 285.5(e)(6)(ii).

Accordingly it is hereby **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Petition for Attorney''s Fees [DE 15] is hereby **GRANTED**;

2. The Court shall separately enter judgment for Plaintiff in the amount of $4,054.33 in attorney's fees, to be made payable to the firm of Lavan & Neidenberg, P.A.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 13th day of January, 2010.

                                                                       _____
                                                                       JAMES I. COHN
                                                                       United States District Judge

cc:   Adam Scott Neidenberg, Esquire
        June C. Acton, AUSA